UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI DIXON,<br><br>        Plaintiff,<br><br>    v.<br><br>CUSHMAN & WAKEFIELD WESTERN, INC.,<br><br>        Defendant. | Case No. 18-cv-05813-JSC<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 47, 62, 68 |

       Plaintiff moves to file under seal excerpts from the following documents: her motion for conditional certification and court-authorized notice 29 U.S.C. § 216(b); the declaration of Scott Grimes in support of Plaintiff's motion for conditional certification and court-authorized notice; exhibits attached to Mr. Grimes's declaration; her reply in support of the motion for conditional certification; her reply in support of the motion for leave to file a second amended complaint; and the declaration of Scott Grimes in support of Plaintiff's motion for leave to file a second amended complaint.  (Dkt. Nos. 47, 62, 68.)  These excerpts reference documents obtained from Defendant through discovery that Defendant designated as "Confidential" under the parties' stipulated Protective Order.  (Dkt. Nos. 47 at 2, 62 at 2, 68 at 2.) Plaintiff submits the declarations of counsel Laura L. Ho and Beth Holtzman, who attest that Plaintiff was required to file under seal the material that Defendant has designated as "Confidential."  (Dkt. No. 47-1 at ¶¶ 2-3, Dkt. No. 62-1 at ¶ 2-3, Dkt. No. 68-1 at ¶¶ 2-3.)

       Under the Local Rules of this District, where a party seeks to file under seal any material designated as confidential by another party, the submitting party must file a motion for a sealing order.  *See* Civil L.R. 79-5(d)-(e).  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration . . . establishing that all of the

designated information is sealable." *Id.* at 79-5(e)(1).  "If the Designating Party does not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative Motion to File Under Seal is denied, the Submitting Party may file the document in the public record no earlier than 4 days, and no later than 10 days, after the motion is denied." *Id*. at 79-5(e)(2).

To date, the designating party has not filed a responsive declaration to the above referenced motion. Having considered the submission of the parties and for the reasons stated above, the Court DENIES Plaintiffs' administrative motion to seal.

**IT IS SO ORDERED.**

Dated: October 22, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge