1  **VEDDER PRICE (CA), LLP**
   Thomas H. Petrides, Bar No. 117121
2  tpetrides@vedderprice.com
   1925 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Tel: (424) 204 7700
4  Fax: (424) 204 7702

5  **VEDDER PRICE (CA), LLP**
   Michelle L. Landry, Bar No. 190080
6  mlandry@vedderprice.com
   Mindy M. Wong, Bar No. 267820
7  mwong@vedderprice.com
   275 Battery Street, Suite 2464
8  San Francisco, CA  94111
   Tel: (415) 749 9500
9  Fax: (415) 749 9502

10 Attorneys for Defendants
   CUSHMAN & WAKEFIELD WESTERN, INC.,
11 CUSHMAN & WAKEFIELD, INC., and CUSHMAN
   & WAKEFIELD OF WASHINGTON, DC, INC..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI DIXON and RYAN SELTZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUSHMAN & WAKEFIELD WESTERN, INC., CUSHMAN & WAKEFIELD, INC., and CUSHMAN & WAKEFIELD OF WASHINGTON DC, INC., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:18-cv-05813-JSC<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT AND SERVICE AWARDS**<br><br>*Hon. Jacqueline Scott Corley*<br><br>Date: March 31, 2022<br>Time: 9:00 a.m.<br>Dept.: Courtroom E, 15th Floor<br><br>Complaint Filed:  August 14, 2018 |

Defendants CUSHMAN & WAKEFIELD WESTERN, INC., CUSHMAN & WAKEFIELD, INC., and CUSHMAN & WAKEFIELD OF WASHINGTON, DC, INC. (collectively, "Cushman") submit this statement of non-opposition to Plaintiffs Dimitri Dixon and Ryan Seltz's Motion for Final Approval of Class, Collective, and Representative Action Settlement and Service Awards filed on February 24, 2022 (the "Motion") (ECF No. 141). The Motion consolidates and seeks final settlement approval of this case together with the related cases filed in the Northern District of California, *Dixon v. Cushman & Wakefield, Inc.*, Case No. 3:20-cv-07001-JSC, and the District of Columbia, *Seltz v. Cushman & Wakefield, Inc.*, Case No. 1:18-cv-02092-BAH.

Pursuant to the terms of the Stipulation and Agreement to Settle entered into between the parties, and for the reasons set forth in the Motion, Defendants do not oppose the Motion and respectfully request that the Court grant final approval of the Settlement as fair, reasonable and adequate.

Dated: March 10, 2022

Respectfully submitted,

VEDDER PRICE (CA), LLP

By: *[signature]*
Mindy M. Wong

Attorneys for Defendants
CUSHMAN & WAKEFIELD WESTERN, INC., CUSHMAN & WAKEFIELD, INC., and CUSHMAN & WAKEFIELD OF WASHINGTON, DC, INC.

VP/#55181825.1

VEDDER PRICE P.C.
ATTORNEYS AT LAW
SAN FRANCISCO

2                                    Case No. 3:18-cv-05813-JSC
STATEMENT OF NON-OPPOSITION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS, COLLECTIVE, AND REPRESENTATIVE ACTION SETTLEMENT AND SERVICE AWARDS