Laura L. Ho (CA SBN 173179)
lho@gbdhlegal.com
Ginger L. Grimes (CA SBN 307168)
ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

*Attorneys for Plaintiffs. Settlement Class and Collective Members, and Aggrieved Employees*

*[Additional counsel on following page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI DIXON and RYAN SELTZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CUSHMAN & WAKEFIELD WESTERN, INC., CUSHMAN & WAKEFIELD, INC., and CUSHMAN & WAKEFIELD OF WASHINGTON DC, INC., and DOES 1-50, inclusive<br><br>    Defendants. | Case No. 3:18-cv-05813-JSC<br><br>**[PROPOSED] JUDGMENT RE: FINAL APPROVAL OF SETTLEMENT** |

Justin M. Swartz (admitted *pro hac vice*)
jms@outtengolden.com
OUTTEN & GOLDEN, LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel:  (212) 245-1000
Fax:  (646) 509-2060

Jahan C. Sagafi (SBN 227887)
jsagafi@outtengolden.com
Molly J. Frandsen (SBN 320094)
mfrandsen@outtengolden.com
OUTTEN & GOLDEN, LLP
One California Street, 12th Floor
San Francisco, CA 94111
Tel:  (415) 638-8828
Fax:  (415) 638-8810

Paolo Meireles (admitted *pro hac vice*)
pmeireles@shavitzlaw.com
Shavitz Law Group, P.A.
951 Yamato Rd, Suite 285
Boca Raton, FL 33431
Tel:  (561) 447-8888

*Attorneys for Plaintiffs. Settlement Class and Collective, and Aggrieved Employees*

1  Judgment is hereby entered pursuant to the terms of the Order Re: Motion for Final Approval;

2  Motion for Attorneys' Fees, Costs, and Incentive Awards dated April 21, 2022 (ECF 156).

4  **IT IS SO ORDERED.**

6  Dated: __April 29__, 2022

   _____
   JACQUELINE SCOTT CORLEY
   U.S. DISTRICT COURT JUDGE